IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| FIDEL LOPEZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | CIVIL ACTION NO. 3:16-CV-00089 |
| § | |
| UNITED PROPERTY & CASUALTY § | |
| INSURANCE COMPANY and § | |
| BIBIANA AGUILAR, § | |
| § | |
| Defendants. § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Fidel Lopez and Defendants United Property & Casualty Insurance Company and Bibiana Aguilar hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therefore, Plaintiff's claims against Defendants United Property & Casualty Insurance Company and Bibiana Aguilar are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 3rd day of January 2017.

Respectfully submitted,

_____
Chad T. Wilson
State Bar No.: 24079587
Cwilson@cwilsonlaw.com
Kimberly N. Blum
State Bar No. 24092148
KBlum@cwilsonlaw.com
**CHAD T. WILSON LAW FIRM PLLC**
1322 Space Park Drive, Suite A155
Houston, Texas 77058

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE – Page 1

        832.415.1432—Telephone
        281.940.2137—Fax
        **COUNSEL FOR PLAINTIFF**
        *signed with permission

And

/s/ Rhonda J. Thompson
Rhonda J. Thompson
State Bar No.: 24029862
rthompson@thompsoncoe.com
Shannon Beck
State Bar No.: 24092102
sbeck@thompsoncoe.com
**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
**COUNSEL FOR DEFENDANT**

### CERTIFICATE OF SERVICE

The undersigned certifies that on the 6th day of January, 2017, the foregoing pleading was delivered to the following counsel of record for Plaintiff via electronic filing and e-mail in accordance with the Federal Rules of Civil Procedure:

Chad T. Wilson
Cwilson@cwilsonlaw.com
Kimberly N. Blum
kblum@cwilsonlaw.com
**CHAD T. WILSON LAW FIRM PLLC**
1322 Space Park Drive, Suite A155
Houston, Texas 77058
281.940.2137—Fax
    *Counsel for Plaintiff*

                /s/ Rhonda J. Thompson
                Rhonda J. Thompson